NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HEATH BARTON,                              )
                                          )
       Appellant,                      )
                                          )
v.                                         )           Case No. 2D18-4361
                                          )
STATE OF FLORIDA,                          )
                                          )
       Appellee.                       )
_____)

Opinion filed July 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.

Heath Barton, pro se.

PER CURIAM.

      Affirmed.

NORTHCUTT, CASANUEVA, and MORRIS, JJ., Concur.